Hal K. Gillespie, *Pro Hac Vice* (TX SBN 07925500)
Gillespie Sanford LLP
4803 Gaston Ave
Dallas, TX 75246
Tel: (214) 800-5111
Fax: (214) 838-0001
Email: hkg@gillespiesanford.com

Saman Manavi (SBN 239365)
Manavi Law Group
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Tel: (310) 415-9499
Fax: (310) 531-7385
Email: saman@manavilaw.com

Attorney for Plaintiffs Bardia Dejban and Bahar Dejban

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA / WESTERN DIVISION

| | |
|---|---|
| BARDIA DEJBAN and BAHAR DEJBAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMY ROSENTHAL, an individual; CURT LINDEMAN, an individual; TROY PIKE, an individual; TIM STALLKAMP, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-03401-JFW-SK<br><br>District Judge: John F. Walter<br>Magistrate Judge: Steve Kim<br><br>**NOTICE OF DISMISSAL** |

**TO THE CLERK OF THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE OF DISMISSAL**

Come now Plaintiffs Bardia Dejban and Bahar Dejban, in compliance with the Order of David R. Jones, United States Bankruptcy Judge, dated July 6, 2021, in In Re VOLUSION, LLC, Case 20-50082 (Document 246), and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. Proc., and file this notice of voluntary dismissal.

Dated: July 8, 2021

/s/ Hal K. Gillesie, Esq.
Hal K. Gillespie (SBN 07925500)
Gillespie Sanford LLP
4803 Gaston Ave
Dallas, TX 75246
Tel:   (214) 800-5111
Fax:   (214) 838-0001
Email: hkg@gillespiesanford.com

Lead Trial Counsel for Plaintiffs Bardia Dejban and Bahar Dejban

Saman Manavi (SBN 239365)
Manavi Law Group
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Tel:   (310) 415-9499
Fax:   (310) 531-7385
Email: saman@manavilaw.com

# PROOF OF SERVICE
*Dejban v. Rosenthal, et al.*
*USDC/Central Case No.: 2:21-cv-03401-JFW-SK*

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 433 North Camden Drive, Suite 400, Beverly Hills, California, 90210.

On July 8, 2021, I served the foregoing document(s) described as: **NOTICE OF DISMISSAL** on the interested parties in this action, by placing in a sealed envelope addressed as follows:

(SEE ATTACHED PROOF OF SERVICE LIST)

**( )** **VIA U.S. MAIL:**
I am readily familiar with this office's business practice for collection and processing mail and placed a true copy thereof in a sealed envelope with postage thereon full prepaid for deposit of same in the United States mail in Los Angeles, California.

**( )** **VIA OVERNIGHT MAIL:**
By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s)on whom it is to be served.

**( )** **VIA PERSONAL DELIVERY:**
I caused such envelope(s) to be delivered by hand to the offices of the addressee pursuant to CCP § 1011.

**(X)** **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in thecase who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or byother means permitted by the court rules.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on July 8, 2021, at Los Angeles, California.

__/s/Saman Manavi_____

# PROOF OF SERVICE
*Dejban v. Rosenthal, et al.*
*USDC/Central Case No.: 2:21-cv-03401-JFW-SK*

| | |
|---|---|
| Matthew Martin Sonne<br>Sheppard Mullin Richter et al,<br>650 Town Center Dr., Fl 10<br>Costa Mesa, CA 92626-1993<br>msonne@sheppardmullin.com | BY CM/ECF NOTICE OF ELECTRONIC FILING<br>Attorney for Defendants |
| Tyler Bernstein<br>Sheppard Mullin Richter et al,<br>650 Town Center Dr., Fl 10<br>Costa Mesa, CA 92626-1993<br>msonne@sheppardmullin.com | BY CM/ECF NOTICE OF ELECTRONIC FILING<br>Attorney for Defendants |
| Matt Dow, Esq.<br>Jackson Walker LLP<br>100 Congress Ave, Ste 1100<br>Austin, TX 78701<br>mdow@jw.com | VIA OVERNIGHT MAIL<br>Attorney for Defendants |